# MEMO ENDORSED

**KENNETH A. PAUL**
ATTORNEY AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006

TEL: (212) 587-8000
FAX: (212) 374-1506
kpaul64@aol.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-11

February 14, 2011

Sentence adjourned to: March 2, 2011 at 4:00pm
from: February 18
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
2-14-11

Via Facsimile
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. John Butler
09 Cr. 381 (PKC)

Dear Judge Castel:

I represent Mr. John Butler in the above-referenced matter. Mr. Butler is scheduled to be sentenced this Friday, February 4, 2011.

Due to the need of having to review with my client the recently received updated Presentence Investigation Report, addendum, and sentencing recommendation, I write this letter to respectfully request that the sentencing date be adjourned to March 2, 2011, at 4:00 p.m., the date and time suggested by Your Honor's courtroom deputy.

Thank you for your consideration.

Respectfully,

Kenneth A. Paul

KAP: ce
Cc: AUSA Edward Y. Kim        (Via Facsimile)

Mr. Ross N. Kapitansky        (Via Facsimile)
Senior U.S. Probation Officer

Mr. John Butler